IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MAILSOUTH, INC., d/b/a
MSPARK

      Plaintiff,

v.                                      CV 2:13-645-RBP

RED RHINO MARKETING
GROUP LLC and MARKET
FIRST, INC.,

      Defendants.

## FINAL JUDGMENT

    In accordance with the Magistrate Judge's Report and Recommendation filed on June 28, 2013 which has not been objected to, the court hereby enters judgment for the plaintiff against the defendants in the amount of $426,620.78 plus attorneys fees in the amount of $17,720.20 for a total of $ 444,341.28 including accrued interest. Costs are assessed against the defendants.

    DONE and ORDERED this the 16th day of July, 2013.

_____
ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE